BERTHA TRIEBITZ, as Administratrix of the Estate of HERMAN TRIEBITZ, Deceased, et al., Respondents-Appellants, v. JOSEPH MARCUS et al., Appellants-Respondents. GEIST & NETTER, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FRANCIS SMYTH, Appellant, v. CONVEY'S GARAGE, INC., Respondent.— Giving plaintiff, as we must, the benefit of the most favorable inferences that may be drawn from the proof, we find that a prima facie case was established, and it was error to grant the motion for nonsuit. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J. and Glennon, J., dissent: On the entire record, the Justice at trial term properly dismissed the complaint.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEAMEN'S BANK FOR SAVINGS, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [Consolidated Certiorari Proceedings — 8 E. 62d St., Borough of Manhattan.] — Upon the present record we find the assessments should be further modified as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1939–40 | $55,000 | $37,000 | $92,000 |
| 1940–41 | 55,000 | 36,000 | 91,000 |
| 1941–42 | 55,000 | 35,000 | 90,000 |

and as so modified the order, so far as appealed from, is unanimously affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WALTER B. GOODMAN, as President of Commercial Placement Council of New York, Respondent-Appellant, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant-Respondent.— Judgment insofar as appealed from by the plaintiff unanimously reversed on the authority of *Acorn Employment Service, Inc.*, v. *Moss* (292 N. Y. 147) and otherwise affirmed, with costs to the plaintiff. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of JACOB FREIDUS et al., Doing Business as STARRETT REALTY RENTING Co., Respondents, against WILLIAM B. LOGAN, as Clerk of the Municipal Court of the City of New York, Borough of Manhattan, Third District, Appellant.— Order unanimously reversed, with $20 costs and disbursements, and the petition dismissed. (See *Matter of Cohen* v. *Starke*, 269 App. Div. 256.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of EMILY MARX, as Committee of the Estate of THOMAS A. MCHUGH, an Incompetent Veteran, Respondent. FRANK T. HINES, as Administrator of Veterans' Affairs, et al., Appellants.— Order, so far as appealed from, unanimously modified by reducing the allowance for commissions to $71.59; by striking from the order all interest on commissions not withdrawn; by striking from the order the allowance of $80 for the preparation of inventories and accounts; by striking from the order the allowance of $1,405.05 for disbursements and reducing the said allowance made in the order for disbursements to $365.38; and by reducing the allowance for legal services to $500, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.